UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-1300

CHONITA L. HAMPTON,

Plaintiff - Appellant,

versus

UNIVERSITY OF MARYLAND AT BALTIMORE,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-95-3356-CCB)

Submitted: June 19, 1997          Decided: June 27, 1997

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Chonita L. Hampton, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Sara Slaff, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing her claim of employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hampton v. University of Maryland</u>, No. CA-95-3356-CCB (D. Md. Jan. 28, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2